# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>KEIRA TA<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:22-MJ-90<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 11, 2022** in the city/county of **Alexandria City** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(b)(1) & (2) | Witness Tampering |

This criminal complaint is based on these facts:
SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Michael P. Ben'Ary
Assistant United States Attorney

*Complainant's signature*
David Dick, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**telephone** *(specify reliable electronic means)*.

Date: April 12, 2022

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.04.12 13:01:35 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, United States Magistrate Judge
*Printed name and title*